```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 14936
   ALLEN L FREEMAN
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-7074

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 04/18/2005 and was confirmed 06/13/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was paid in full 10/20/2008.
--------------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID           PAID
--------------------------------------------------------------------------------
GMAC                        SECURED           5000.00         697.67       5000.00
ILLINOIS DEPT OF REVENUE    PRIORITY           107.00            .00        107.00
INTERNAL REVENUE SERVICE    PRIORITY      NOT FILED              .00            .00
CAPTAL ONE                  UNSECURED     NOT FILED              .00            .00
DEPARTMENT OF VETERANS A    UNSECURED           853.97           .00          85.40
GEORGE M STUHR              UNSECURED           715.00           .00          71.50
AT & T BANKRUPCTY           UNSECURED     NOT FILED              .00            .00
ROBERT J SEMRAD & ASSOC     REIMBURSEMENT       205.20           .00         205.20
ILLINOIS DEPT OF REVENUE    UNSECURED            10.70           .00           1.07
ROBERT J SEMRAD & ASSOC     DEBTOR ATTY     2,200.00                       2,200.00
TOM VAUGHN                  TRUSTEE                                          522.61
DEBTOR REFUND               REFUND                                             1.55

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 8,892.00

PRIORITY                                         312.20
SECURED                                        5,000.00
     INTEREST                                    697.67
UNSECURED                                        157.97
ADMINISTRATIVE                                 2,200.00
TRUSTEE COMPENSATION                             522.61
DEBTOR REFUND                                      1.55
                        --------------       --------------
TOTALS                   8,892.00              8,892.00


              PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 14936 ALLEN L FREEMAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 01/27/09 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |